IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINN H. LEWIS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 11-3986 |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : |
| Defendant. | : |

**ORDER**

**AND NOW**, this 11th day of April, 2012, upon careful consideration of plaintiff's request for review and the Commissioner's response thereto, and after careful and independent review of Magistrate Judge Linda K. Caracappa's report and recommendation, plaintiff's objections thereto, and the Commissioner's response, **IT IS HEREBY ORDERED** that

1. plaintiff's objections are **OVERRULED**;

2. the report and recommendation of United States Magistrate Judge Linda K. Caracappa is **APPROVED and ADOPTED**;

3. plaintiff's request for review is **DENIED** and **JUDGMENT IS ENTERED AFFIRMING** the decision of the Commissioner; and

4. the clerk shall **CLOSE** this case for statistical purposes.

/s/William H. Yohn Jr.
William H. Yohn Jr., Judge